UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. WEINBERG, individually and on behalf of others similarly situated, | Case Number: 1:17-cv-08867 |
| Plaintiff, | Judge Amy J. St. Eve |
| v. | |
| NISSAN NORTH AMERICA, INC., | |
| Defendant. | |

**AGREED DOCUMENT PRODUCTION PROTOCOL**

The parties to this Agreed Document Production Protocol have agreed to the terms of this Order; accordingly, it is ORDERED:

**A.    GENERAL PROVISIONS**

1. These specifications apply to both electronically stored information ("ESI") and documents originating as paper, which are also to be produced in electronic form in this Litigation as provided below. The parties will make reasonable efforts to prepare responsive and non-privileged paper documents and ESI for production in accordance with the agreed-upon specifications set forth below.

2. Security: Both parties will make reasonable efforts to ensure that any productions made are free from viruses and provided on encrypted media for submission. The producing party shall provide the necessary information to decrypt any productions to the receiving party by a separate e-mail or letter.

3. Confidentiality Designation: Responsive documents in TIFF format will be stamped with the appropriate confidentiality designations in accordance with the Protective Order entered in this matter.

4. Non-Standard Files: The format of production of non-standard electronic files, large oversized documents, and other files for which production pursuant to the standard format specified below would be impracticable will be discussed with the receiving party before production to determine the optimal production format.

5. Search Methodologies: The parties agree to meet and confer as needed to develop a mutually agreeable list of search terms and protocols.

**DOCUMENT PRODUCTION PROTOCOL**
*Technical Specifications for Production*

6.  Deduplication: A party need not produce identical information items in more than one form and shall globally de-duplicate identical items across custodians using each document's unique MD5 or SHA1 hash values. The content, metadata and utility of an information item shall all be considered in determining whether information items are identical, and items reflecting different information shall not be deemed identical. For example, emails that include content on the "bcc" or other blind copy field will not be treated as duplicates of emails that do not include content in the "bcc" or other blind copy field, even if all remaining content in the email is identical. In an email thread, only the final-in-time document need be produced, assuming that all previous emails in the thread are contained within the final message and provided that the software used to identify these "near-duplicate" threads is able to identify any substantive differences to the thread such as changes in recipients (*e.g.*, side threads, subject line changes), selective deletion of previous thread content by sender, etc. Where a prior email contains an attachment, that email and attachment shall not be removed as a "near-duplicate."

B.  **PRODUCTION OF DOCUMENTS ORIGINATING AS PAPER**

For documents originating in paper format, the following specifications should be used for their production:

1.  **TIFFs.** Images should be produced as black-and-white or color (as applicable), single-page, TIFF group IV format imaged at 300 dpi, with text and related path provided in document level text files.

2.  **Color.** Documents or records produced in non-native format and containing color (for example, graphs, pictures, or color marketing materials) will be produced in color when production in black and white would materially affect the understandability of the information contained within the document. This provision does not apply to documents solely containing color logos, signatures, watermarks, or letterhead. The receiving party may request the reproduction of a document originally containing color that was produced in black and white if such black and white production materially affects the understandability of the information contained within the document. Reasonable requests for documents in color will be honored.

3.  **Unique IDs.** Each image should have a unique filename, which is the Bates number of the page. The filename should not contain any blank spaces and should be zero padded (for example, ABC0000001).

4.  **Concordance Delimited Load File/Opticon Cross-Reference File.** Documents should be provided with a Concordance Delimited File and an Opticon Cross-Reference File. Every TIFF in each production delivery must be referenced in the production's corresponding Load File. The total number of images referenced in a production delivery's Load File should match the total number of TIFF files in the production.

(a)  The Concordance Delimited Load File should contain available fielded data, including Beginning Bates Number, Ending Bates Number and Number of Pages. For example:

þBegDocþ¶þEndDocþ¶þBegAttachþ¶þEndAttachþ¶þPagesþ¶þCDVolþ¶þCustodianþ

**DOCUMENT PRODUCTION PROTOCOL**
*Technical Specifications for Production*

(b) **Delimiter File.** The available fielded data and/or electronic metadata should be provided in the following format: (a) fields should be delimited by the default Concordance field delimiter for ACII character 20 (¶); (b) string values within the fields file should be enclosed with a text delimiter ASCII character 254 (þ); (c) the first line should contain objective coding and/or electronic file metadata headers and below the first line there should be exactly one line for each document; (d) each row of objective coding and/or electronic file metadata must contain the same amount of fields as the header row; and (e) multi-values should be separated by a semicolon (;).

(c) Examples of appropriate Opticon Cross-Reference files are:

- MSC000001,MSC001,D:\MSC001\IMAGES\001\MSC000001.TIF,Y,,,3
- MSC000002,MSC001,D:\MSC001\IMAGES\001\MSC000002.TIF,,,,
- MSC000003,MSC001,D:\MSC001\IMAGES\001\MSC000003.TIF,,,,
- MSC000004,MSC001,D:\MSC001\IMAGES\001\MSC000004.TIF,Y,,,2
- MSC000005,MSC001,D:\MSC001\IMAGES\001\MSC000005.TIF,,,,

(d) **OCR Text Files.** Text shall be provided on a document level in an appropriately formatted text file (.txt) that is named to match the first bates number of the document.

(e) **Unitizing Documents.** In scanning paper documents, distinct documents should not be merged into a single record, and single documents should not be split into multiple records (*i.e.*, paper documents should be logically unitized). The parties will make their best efforts to have their vendors logically unitize documents correctly, maintain Parent-Child Relationships (discussed below), and will commit to address situations of improperly unitized documents or circumstances where Parent-Child Relationships have not been maintained and produced.

(f) **Objective Coding Fields.** The load files accompanying any scanned paper documents will include the following objective coding fields:

| Field | Description |
|---|---|
| Bates_Begin | The Bates number of the first page of the document. |
| Bates_End | The Bates number of the last page of the document. |
| Custodians | The custodian or source where the document was found. |
| OCR/Text Path | The relative path to the OCR/Txt Files |
| Redaction | Whether the document is redacted (Yes/No) |
| Redaction_Reason | Reason for redaction. |

**DOCUMENT PRODUCTION PROTOCOL**
*Technical Specifications for Production*

| Conf_Desig | The confidentiality designation, if any, for the document pursuant to any protective order in the case. |
|---|---|
| Prod_Volume | Production volume. |

**C. PRODUCTION OF EMAIL AND ELECTRONIC DOCUMENTS**

1. The TIFF, Color, Unique ID, and Opticon Cross-Reference File specifications above also apply to electronic information. In the alternative, electronic information may be provided solely in its native or "near-native" format. The table below supplies examples of agreed-upon native or near-native forms in which specific types of ESI should be produced:

| Source ESI | Examples of Native or Near-Native Form or Forms Sought |
|---|---|
| Spreadsheets | .XLS, .XLSX, .ODS, .Numbers |
| Presentations | .PPT, .PPTX, .ODP, .Keynote |
| Microsoft Access Databases | .MDB, .ACCDB |
| Audio or Video Files | .MP3, .MOV., MP4, .AVI, .WAV, .WMA |

If production in native or near-native forms is preferred for certain types of ESI, the parties should further meet and confer regarding whether any data is encrypted or password-protected (in which case the producing party shall provide a means to gain access to those files), requires proprietary or legacy software for review, as well as any other format-related issues reasonably foreseeable due to the native or near-native production formatting. Moreover, the file names for electronic information produced in native or near-native format should be their Unique ID number. The native or near-native production should also include Concordance delimited load files containing the metadata associated with each electronic document, including those metadata fields identified below, along with the extracted text and a link to the produced native file.

2. **Media.** Media may be delivered on CDs, DVDs, External USB hard drives or via FTP . Each media volume should have its own unique filename and a consistent naming convention (for example, ZZZ001 or BLOOD001).

3. **Parent-Child Relationships.** Attachments, enclosures, and/or exhibits to any parent document should also be produced and proximately linked to the respective parent document (and vice-versa).

4. **Time Zone.** Unless otherwise agreed, all dynamic date and time fields, where such fields are processed to contain a value, and all metadata pertaining to dates and times will be standardized to Central Time. The Parties understand and acknowledge that such standardization affects only dynamic fields and metadata values and does not affect, among other things, dates and times that are hardcoded text within a file. Dates and times that are hard-coded text within a file (for example, in an email thread, dates and times of earlier messages that were converted to body text when subsequently replied to or forwarded; and in any file type, dates and times that are typed as such by users) will be produced as part of the document text.

**DOCUMENT PRODUCTION PROTOCOL**
*Technical Specifications for Production*

     5.    **Concordance Delimited Text File / Metadata.** Using the delimiters detailed above, the Concordance Delimited Text file applicable to electronic documents produced in TIFF should also contain all available metadata, but at a minimum and to the extent applicable, available and/or unredacted, the following extracted metadata fields should be included:[1]

| Field | Description |
|---|---|
| Bates_Begin | The Bates number of the first page of the document |
| Bates_End | The Bates number of the last page of the document |
| Attach _Begin | The Bates number of the first page of a family of documents (e.g., email and attachment) |
| Attach_End | The Bates number of the last page of a family of documents |
| File Name | The filename of an attachment or stand-alone e-file |
| File Extension | The file extension of an attachment or stand-alone e-file (e.g., .doc. xls) |
| Subject | The subject of an email |
| Sent Date & Time | For email, the sent date and time of the message in the format MM/DD/YYYY HH:MM |
| Received Date & Time | For email, the date and time the message was received in the format MM/DD/YYYY HH:MM |
| Message_ID | For email, the message ID |
| Item Type | Identifies whether the file is an email, attachment to an email. Or stand-alone efile. |
| Create Date & Time | For efiles or attachments, the document's creation date and time or operating system creation date and time in the format MM/DD/YYYY HH:MM |

---

[1] The parties were unable to reach agreement as to whether metadata for File_Path_Source (identifying the original file path to the file's collection source or e-mailbox folder structure) should be included as an extracted metadata field that should be included in the Concordance Delimited Text file applicable to electronic documents produced in TIFF. In agreeing to this protocol, Plaintiff reserves the right to seek the production of such metadata.

**DOCUMENT PRODUCTION PROTOCOL**
*Technical Specifications for Production*

| | |
|---|---|
| Modified Date & Time | For efiles or attachments, document's last modified dated and time or operating system last modified date and time in the format MM/DD/YYYY HH:MM |
| Author | The author of a stand-alone efile or attachment |
| From | The sender of an email message |
| To | The recipients of an email message, in a semi-colon delimited multi-value list |
| CC | The copyee(s) of an email message, in a semi-colon delimited multi-value list |
| BCC | The blind copyee(s) of an email message, in a semi-colon delimited multi-value list |
| Importance | For emails, "High," "Low," or "Normal (or equivalent if an email client other than Outlook was used). |
| Custodians | The custodians in whose files the document was found. |
| Modified _Author | The author who last modified the document. |
| Hash_Value | The calculated MD5 or SHA1 hash value of the document. |
| Native_File | The file path to the location of the native file if produced natively |
| OCR/Txt Path | The relative path to the OCR/Txt Files |
| Redaction | Whether the document is redacted (Yes/No) |
| Redaction_Reason | Reason for redaction. |
| HiddenCnt | Whether the documents contains hidden Content/Embedded Objects in item(s) (Yes/No) |
| Conf_Desig | The confidentiality designation, if any, for the document pursuant to any protective order in the case |
| Prod_Volume | Production volume. |

If a producing party intentionally withholds some or all of the metadata that was contained in the electronic documents, the producing party shall inform all other parties of this fact, in writing, at or before the time of production.

- 6 -

**DOCUMENT PRODUCTION PROTOCOL**
*Technical Specifications for Production*

      6.    **Extracted Text Files.** For each electronic document, a text file (not OCR text) should be provided along with the TIFF. The full text of native files should be extracted directly from the native file and should be delivered on a document level according to the specifications above similar to paper documents.

      7.    **Native Format.** The processed native for all spreadsheets (*i.e.*, MS Excel), PowerPoint files, documents with "macros," and electronic information containing audio or visual components should be produced and linked to the database by the above metadata field "Path to Native File." The requesting party may ask for certain other documents and/or databases initially produced in their petrified (TIFF or PDF) format to be produced in their native format in the event that the petrified format is not reasonably usable. The requesting party shall identify the documents by their Bates numbers and the documents should be produced in their unaltered native format with an accompanying delimited text file (using the delimiters above) containing the metadata associated with each electronic document, including those metadata fields identified above, along with the extracted text and a link to the produced native file.

Dated: April 3, 2018

_____
U.S. DISTRICT JUDGE

**DOCUMENT PRODUCTION PROTOCOL**
*Technical Specifications for Production*

Dated: March 30, 2018

| WE SO MOVE and agree to abide by this Order:<br><br>s/ Erich P. Schork<br><br>Ben Barnow<br>Erich P. Schork<br>Anthony L. Parkhill<br>BARNOW AND ASSOCIATES, P.C.<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>Tel: (312) 621-2000<br>Fax: (312) 641-5504<br>Email: b.barnow@barnowlaw.com<br>Email: e.schork@barnowlaw.com<br>Email: aparkhill@barnowlaw.com<br><br>Timothy G. Blood<br>Thomas J. O'Reardon<br>BLOOD HURST & O'REARDON, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: (619) 338-1100<br>Fax: (619) 338-1101<br>Email: tblood@bholaw.com<br>Email: toreardon@bholaw.com<br><br>*Attorneys for Plaintiff Robert H. Weinberg* | WE SO MOVE and agree to abide by this Order:<br><br>s/ Bradley J. Andreozzi<br><br>Bradley J. Andreozzi<br>DRINKER BIDDLE & REATH LLP<br>191 N. Wacker Dr., Suite 3700<br>Chicago, IL 60606<br>Telephone: (312) 569-1000<br>Telefax: (312) 569-3000<br>Email: bradley.andreozzi@dbr.com<br><br>E. Paul Cauley (admitted *pro hac vice*)<br>S. Vance Wittie (admitted *pro hac vice*)<br>DRINKER BIDDLE & REATH LLP<br>1717 Main Street, Suite 5400<br>Dallas, TX 75201<br>Telephone: (469) 357-2500<br>Telefax: (469) 327-0860<br>Email: paul.cauley@dbr.com<br>Email: vance.wittie@dbr.com<br><br>*Attorneys for Nissan North America, Inc.* |