# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT H. WEINBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation,<br><br>Defendant. | Case No.: 1:17-cv-08867<br><br>Honorable Joan B. Gottschall |

## JOINT STIPULATION OF DIMISSAL WITH PREJUDICE

NOW COME plaintiff Robert H. Weinberg and defendant Nissan North America, Inc. (collectively, the "Parties"), by and through their undersigned counsel, and submit this Joint Stipulation of Dismissal with Prejudice:

WHEREAS, on June 18, 2019, the Parties informed the Court that they along with plaintiffs in four other related cases had entered into a class action settlement agreement with Defendant that was being submitted for approval in one of those cases, namely *Gann v. Nissan North America, Inc.*, Case No. 18-cv-00966 (M.D. Tenn.) ("*Gann*") and requested that all proceedings in the present action be stayed pending consideration of the Gann settlement [ECF 74];

WHEREAS, on June 19, 2019, the Court granted the Parties' request for a stay of all proceedings in light of the Gann settlement [ECF 76];

WHEREAS, on March 10, 2020, the *Gann* Court granted final approval to the *Gann* settlement;

WHEREAS, on May 10, 2020 the *Gann* settlement became effective;

WHEREAS, pursuant to the Stipulation of Settlement in *Gann*, Plaintiffs agreed to dismiss the present action with prejudice within five (5) days of the *Gann* settlement's effective date;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the present action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing his/her/its own attorneys' fees and costs except as otherwise provided in the *Gann* Settlement.

DATED: May 15, 2020

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| s/ Ben Barnow | s/ Bradley J. Andreozzi |
| Ben Barnow<br>BARNOW AND ASSOCIATES, P.C.<br>205 W. Randolph St., Ste. 1630<br>Chicago, IL 60606<br>(312) 621-2000 (p)<br>b.barnow@barnowlaw.com | Bradley J. Andreozzi<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>191 N. Wacker Dr., Suite 3700<br>Chicago, IL 60606<br>Telephone: (312) 569-1000<br>bradley.andreozzi@faegredrinker.com |
| Timothy G. Blood<br>BLOOD HURST & O'REARDON, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619-338-1100<br>tblood@bholaw.com | E. Paul Cauley<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1717 Main Street, Suite 5400<br>Dallas, TX 75201<br>Telephone: (469) 227-4603<br>paul.cauley@dbr.com |
| *Counsel for Robert H. Weinberg* | *Counsel for Nissan North America, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Ben Barnow
Ben Barnow
