# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Robert H. Weinberg
                              Plaintiff,

v.                                               Case No.: 1:17−cv−08867
                                                        Honorable Joan B. Gottschall

Nissan North America, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 15, 2020:

        MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' joint stipulation of dismissal [90], this case is dismissed with prejudice. The parties shall bear their own costs and fees. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.